

1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorneys
3  2500 Tulare Sreet
   Room 4401
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   1:06-mj-00178 SMS
                                    )
10                 Plaintiff,       )
                                    )
11         v.                       )   REQUEST BY THE UNITED
                                    )   STATES TO UNSEAL
12 SERA BETH BARBER,                )   COMPLAINT
                                    )
13                 Defendant.       )
                                    )
14

15      Comes now the United States, by and through its attorneys of

16 record, McGregor W. Scott, United States Attorney, and Marlon

17 Cobar, Assistant United States Attorney, and request leave of the

18 Court to unseal the Complaint in the above-referenced matter.

19 DATED: July 31, 2006                Respectfully submitted,

20                                     McGREGOR W. SCOTT
                                       United States Attorney
21

22                             By      [signature]

                                       MARLON COBAR
23                                     Assistant U.S. Attorney

24

25

26 IT IS SO ORDERED:

27 DATED: July 31, 2006         [signature]
                                Hon. SANDRA M. SNYDER
28                              U.S. Magistrate Judge

                                    1