```
McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1: 06-MJ-00178-SMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | COMPLAINT WITHOUT PREJUDICE AND |
| v. | ) | **ORDER** |
| | ) | |
| SERA BETH BABER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through McGREGOR W. SCOTT, the United States Attorney for the Eastern District of California, and MARLON COBAR, Assistant United States Attorney, hereby move the Court to dismiss the above-captioned complaint, without prejudice.

DATED: October 1, 2006            Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /S/ Marlon Cobar

                               By
                                    MARLON COBAR
                                    Assistant U.S. Attorney

<u>ORDER</u>

IT IS HEREBY ORDERED THAT the above-captioned complaint be dismissed, without prejudice.

IT IS SO ORDERED.

Dated: <u>October 5, 2006</u>     <u>  /s/ Sandra M. Snyder  </u>
                                   UNITED STATES MAGISTRATE JUDGE